# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00207-CR

**Israel Montoya Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-675, THE HONORABLE JOHN F. PHILLIPS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due February 6, 2023. Counsel for appellant has filed a motion to withdraw as counsel because her change in employment requires her to withdraw. We grant the motion to withdraw, abate the appeal, and remand the case to the trial court to appoint substituted counsel to represent appellant on appeal. Further, the trial court shall order the appropriate supplemental clerk's record to be prepared and forwarded to this Court no later than March 8, 2023.

It is so ordered February 24, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   February 24, 2023

Do Not Publish